**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7732

TONY LEE BELTON,

                Plaintiff - Appellant,

        v.

WILLIE BAMBERG; WANDA STEWART; ROBERT HOOPER,

                Defendants – Appellees,

        and

ORANGEBURG CALHOUN REGIONAL DETENTION CENTER,

                Defendant.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Margaret B. Seymour, Chief District Judge. (1:11-cv-02301-MBS)

Submitted: January 22, 2013          Decided: January 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Lee Belton, Appellant Pro Se. Norma Anne Turner Jett, NESS & JETT, LLC, Bamberg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Lee Belton appeals the district court's order adopting the magistrate judge's recommendation to grant Defendants' motion to dismiss his civil rights action alleging violations of his constitutional rights while incarcerated at the Orangeburg-Calhoun Regional Detention Center. Belton has also moved for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Belton's motion for appointment of counsel and affirm the district court's amended judgment. Belton v. Bamberg, No. 1:11-cv-02301-MBS (D.S.C. Sept. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2